

# NUMBER 13-20-00220-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PETER ISIAH UVALLE,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

## ORDER TO FILE APPELLLANT'S BRIEF

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

This cause is currently before the Court on appellant's second motion for extension of time to file the brief. The record for this cause was filed on April 26, 2021, and the appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). This Court previously granted one extension of time for 60 days. On August 9, 2021, the Clerk of the Court sent appellant notice that the brief was past due. In response,

appellant filed the motion for extension and now seeks an additional 90 days, until November 4, 2021, to file the brief.

The Court, having fully examined and considered appellant's motion for extension of time to file the brief, is of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order. Accordingly, the Court grants appellant's second motion for extension to file the brief and orders the Honorable Traci Evans to file appellant's brief on or before November 4, 2021. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b)

Delivered and filed the
24th day of August, 2021.